**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ALEJANDRO JIMENEZ,

                Plaintiff,

-against-

CREDIT ONE BANK, N.A., NCO
FINANCIAL SYSTEMS, INC., and
ALORICA, INC.,

                Defendants.
-------------------------------------------------------------X

17 CIVIL 2844 (LTS) (JLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 22, 2019, judgment is entered for the Plaintiff, against the Defendants, jointly and severally, in the amount of $190,000.

**Dated:** New York, New York
         November 22, 2019

RUBY J. KRAJICK
Clerk of Court

BY:
_____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/22/2019