UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEJANDRO JIMINEZ,<br><br>              Plaintiff,<br><br>   vs.<br><br>CREDIT ONE BANK, N.A., NCO FINANCIAL SYSTEMS, INC., and ALORICA, INC.,<br><br>              Defendants. | Case No. 17CV2844-LTS-JLC |

**DEFENDANT CREDIT ONE BANK N.A.'S NOTICE OF APPEAL**

**REED SMITH LLP**
599 Lexington Ave.
New York, New York 10022
(212) 521-5400

*Attorneys for Defendant Credit One Bank N.A.*

## NOTICE OF APPEAL

Notice is hereby given that Credit One Bank, N.A. ("Credit One"), Defendant in the above-captioned proceeding, hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment entered in this proceeding on November 22, 2019 (ECF No. 148), and from any and all adverse rulings and orders incorporated in, antecedent to, or ancillary to the order or that merged into and became part of the order, that shaped the order, that are related to the order, and/or upon which the order is based, including, but not limited to, the Court's March 28, 2019 Memorandum Opinion and Order (ECF No. 105), the September 25, 2019 Memorandum Order and Order to Show Cause (ECF No. 142), and the November 22, 2019 Order requesting that the Clerk of Court enter judgment in Plaintiff's favor (ECF No. 147).

DATED:     December 18, 2019

**REED SMITH LLP**

By: */s/ Geoffrey G. Young*
  Geoffrey G. Young
599 Lexington Avenue
New York, NY 10022
Tel. (212)-521-5400
Fax: (212)-521-5450
Email: gyoung@reedsmith.com

Tuan V. Uong
Zachary C. Frampton
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
(213) 457-8152
Fax: (213) 457-8080
Email: tuong@reedsmith.com
Email: zframpton@reedsmith.com

*Attorneys for Defendant Credit One Bank N.A.*

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF filing system, which will serve it on all counsel of record.

      **REED SMITH LLP**

      By: */s/ Geoffrey G. Young*
          Geoffrey G. Young
          REED SMITH LLP
          599 Lexington Avenue
          New York, NY 10022
          Tel. (212)-521-5400
          Fax: (212)-521-5450
          Email: gyoung@reedsmith.com