UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

ALEJANDRO JIMINEZ,

    Plaintiff,

  -v-                                      No. 17 CV 2844-LTS

CREDIT ONE BANK, N.A., NCO
FINANCIAL SYSTEMS, INC., and
ALORICA, INC.,

    Defendants.
--------------------------------------------------------x

## ORDER

        The Court's briefing order filed earlier this morning (Docket Entry No. 155) is withdrawn and, in the interests of judicial economy and efficient use of the parties' time and resources, Defendant Credit One Bank's motion (Docket Entry No. 152) is denied summarily for the following reasons. Defendant may post its security to obtain a stay under Federal Rule of Civil Procedure 62(a) in the form of cash by wire transfer of 115% of the judgment amount (which the Clerk of Court shall place in the Court's registry), and may then apply to have the surety bond substituted for the cash once it is obtained. No injunctive relief is necessary to remedy Defendant's failure to make appropriate arrangements in a timely manner. Defendant is directed to contact the office of the Clerk of Court for wire transfer instructions.

        This order resolves Docket Entry No. 152.

        SO ORDERED.

Dated: New York, New York
       April 9, 2020

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              United States District Judge