UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ALEJANDRO JIMINEZ,

    Plaintiff,

  -v-                                      No. 17 CV 2844-LTS

CREDIT ONE BANK, N.A., NCO
FINANCIAL SYSTEMS, INC., and
ALORICA, INC.,

    Defendants.

-------------------------------------------------------x

## ORDER

In light of the decision issued by the United States Court of Appeals for the Second Circuit vacating the Court's prior judgment and remanding the case for further proceedings consistent with the Supreme Court's decision in <u>Facebook, Inc. v. Duguid</u>, 141 S. Ct. 1163 (2021) (<u>see</u> docket entry no. 159), the parties are directed to meet and confer and file a joint submission addressing what litigation remains outstanding and whether the parties are willing to meet with a Magistrate Judge for settlement purposes, and proposing a schedule for any contemplated motion practice. The joint submission must be filed by June 1, 2021.

    SO ORDERED.

Dated: New York, New York
       May 20, 2021

                                                     /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   Chief United States District Judge