UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ALEJANDRO JIMINEZ,

    Plaintiff,

  -v-　　　　　　　　　　　　　　　　　　　　No.　17 CV 2844-LTS

CREDIT ONE BANK, N.A., et al.,

    Defendants.

-------------------------------------------------------x

ORDER

    The Court has received and reviewed the parties' status report.  (Docket entry no. 164.)  Because the issues of random and sequential number generation were already addressed in prior discovery and argumentation (before this case was appealed to the Second Circuit), Plaintiff's request to reopen discovery is denied.  The parties are directed to renew their summary judgment motions on updated papers, including their analysis of the impact of Facebook v. Duguid, 141 S. Ct. 1163 (2021), based upon the existing factual record.  Opening papers shall be filed by November 19, 2021; opposition papers shall be filed by December 3, 2021; and reply papers shall be filed by December 10, 2021.

    SO ORDERED.

Dated: New York, New York
       November 2, 2021

                                                                  /s/ Laura Taylor Swain
                                                                  LAURA TAYLOR SWAIN
                                                                  Chief United States District Judge