**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALEJANDRO JIMINEZ,

                Plaintiff,

   -against-                              17 **CIVIL** 2844 (LTS)(JLC)

                                            **<u>JUDGMENT</u>**

CREDIT ONE BANK, N.A., NCO
FINANCIAL SYSTEMS, INC., and
ALORICA, INC.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 30, 2022, Defendants' motions for summary judgment are granted in their entirety.

**Dated:** New York, New York

      September 30, 2022

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                       **BY:**      *K. Mango*

                                                    **Deputy Clerk**